



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR_OO186_BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| MACK DECONILE SMITH; | ) | 18 U.S.C. § 1001 |
| TYLIAE BROWN; | ) | 18 U.S.C. § 1014 |
| STACY HOLLY; | ) | 18 U.S.C. § 1956(h) |
| CORDERA JEROMY CALDWELL, | ) | 18 U.S.C. § 1956(a)(1)(A)(i) |
| "aka MONK"; | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
| JASON OLIVER; and | ) | 21 U.S.C. § 841(a)(1) |
| HOLLY STEVENS | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 21 U.S.C. § 846 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

From in or about November 2019, until on or about April 2024, in the Eastern District of Arkansas and elsewhere, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
STACY HOLLY,
CORDERA JEROMY CALDWELL, "aka MONK",
JASON OLIVER,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 1,000 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 21, 2022, in the Eastern District of Arkansas, the defendant,

### MACK DECONILE SMITH,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

A.     On or about September 21, 2022, the defendant,

### MACK DECONILE SMITH,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.     Possession of a counterfeit substance, in Faulkner County, Arkansas, Circuit Court in Case Number 23CR-10-888;

2.     Felony marijuana violation, in Yavapai County, Arizona, Superior Court in Case Number 200901337; and

3.     Possession with purpose to deliver marijuana, in Pope County, Arkansas, Circuit Court in Case Number 58CR-13-359.

B.     On or about September 21, 2022, in the Eastern District of Arkansas, the defendant,

### MACK DECONILE SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.     an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20016707,

2.     an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20265686;

    3.      an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20270718; and

    4.      a Taurus, PT738 TCP, .380 caliber pistol, bearing serial number 1D063885.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about September 21, 2022, in the Eastern District of Arkansas, the defendant,

### MACK DECONILE SMITH,

knowingly and intentionally possessed one or more of the following firearms:

    1.      an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20016707,

    2.      an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20265686;

    3.      an Anderson Manufacturing, AM-15, multi caliber rifle, bearing serial number 20270718; and

    4.      a Taurus, PT738 TCP, .380 caliber pistol, bearing serial number 1D063885;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

On or about September 21, 2022, in the Eastern District of Arkansas, the defendant,

### TYLIAE BROWN,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

U.S. v. Mack Smith et. al Page **3** of **11**

## COUNT 6

On or about September 21, 2022, in the Eastern District of Arkansas, the defendant,

TYLIAE BROWN,

knowingly and intentionally possessed a Glock, model 27, .40 caliber pistol, bearing serial number VDE835, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7

On or about January 13, 2023, in the Eastern District of Arkansas, the defendant,

HOLLY STEVENS,

knowingly made a false statement for the purpose of influencing the action of Arkansas Federal Credit Union, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a loan application, in that the defendant listed one of her assets as Sage Creek Lots Bryant, which she reported was acquired on April 1, 2022, when in truth and in fact, she did not acquire Sage Creek Lots Bryant until April 1, 2023, after the loan application was submitted, in violation of Title 18, United States Code, Section 1014.

## COUNT 8

On or about April 8, 2022, in the Eastern District of Arkansas, the defendant,

MACK DECONILE SMITH,

knowingly made a false statement for the purpose of influencing the action of Arkansas Federal Credit Union, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a credit or loan application, in that the defendant stated his gross

monthly income from his business, MRMAKEITHPPN, was $11,000, when in truth and in fact, he knew the reported monthly income included drug proceeds, in violation of Title 18, United States Code, Section 1014.

## COUNT 9

On or about April 8, 2022, in the Eastern District of Arkansas, the defendant,

MACK DECONILE SMITH,

knowingly engaged in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, and which in fact was derived from specified unlawful activity, namely, the defendant received a loan of $136,000 from the Arkansas Federal Credit Union, such funds having been derived from making a false statement on a credit or loan application, in violation of Title 18, United States Code, Section 1957.

## COUNT 10

Beginning on a date unknown to the Grand Jury but at least as early as in or about February 2021, and continuing up to and including April 2024, in the Eastern District of Arkansas, and elsewhere, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
and
STACY HOLLY,

voluntarily and intentionally conspired with each other and with others, known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Section 1956(a)(1), namely:

(a)     to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of a specified unlawful activity, that is: the distribution and possession with intent to distribute marijuana, with the intent

to promote the carrying on of specified unlawful activity, that is: distribution and possession with intent to distribute, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial truncation represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b)    to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of a specified unlawful activity, that is: the distribution and possession with intent to distribute marijuana, knowing that the financial transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of said specified unlawful activity, and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 11 THROUGH 15

On or about the dates enumerated below, in the Eastern District of Arkansas and elsewhere, the defendant,

STACY HOLLY,

as specifically identified below, knowingly conducted and attempted to conduct the following financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute marijuana, in violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction

represented the proceeds of some form of unlawful activity. That is, proceeds involved the funds

and monetary instruments in the amounts expended below:

| Count | Date of Transaction | Defendant | Transaction | Dollar Amount |
|-------|---------------------|-----------|-------------|---------------|
| 11 | October 7, 2020 | Stacy Holly | CashApp to Mack Smith | $1,700 |
| 12 | March 11, 2021 | Stacy Holly | CashApp to Mack Smith | $4,000 |
| 13 | March 30, 2021 | Stacy Holly | CashApp to Mack Smith | $4,000 |
| 14 | April 29, 2021 | Stacy Holly | CashApp to Mack Smith | $5,000 |
| 15 | February 23, 2022 | Stacy Holly | CashApp to Mack Smith | $1,000 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNTS 16 THROUGH 22

On or about the dates enumerated below, in the Eastern District of Arkansas and

elsewhere, the defendant,

### MACK DECONILE SMITH,

as specifically identified below, knowingly conducted and attempted to conduct the following

financial transactions affecting interstate commerce, which involved the proceeds of a specified

unlawful activity, that is, conspiracy to distribute and possess with intent to distribute marijuana,

in violation of Title 21, United States Code, Section 846, knowing that the transaction was

designed in whole or in part to conceal and disguise the nature, location, source, ownership and

control of the proceeds of said specified unlawful activity, and that while conducting and

attempting to conduct such financial transactions knew that the property involved in the financial

transaction represented the proceeds of some form of unlawful activity. That is, proceeds

involved the funds and monetary instruments in the amounts expended below:

| Count | Date of Transaction | Defendant | Transaction | Dollar Amount |
|-------|---------------------|-----------|-------------|---------------|

| 16 | November 6, 2020 | Mack Smith | Check deposit from Ryan Williams | $7,500 |
| 17 | January 4, 2021 | Mack Smith | Check deposit from Ryan Williams | $10,000 |
| 18 | May 18, 2021 | Mack Smith | Check deposit from Ryan Williams | $14,600 |
| 19 | March 10, 2022 | Mack Smith | Check deposit from Ryan Williams | $12,389 |
| 20 | June 14, 2022 | Mack Smith | Check deposit from Ryan Williams | $10,000 |
| 21 | May 19, 2022 | Mack Smith | Check deposit from Ryan Williams | $6,500 |
| 22 | July 11, 2022 | Mack Smith | Check deposit from Ryan Williams | $10,000 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 23

On or about April 1, 2024, in the Eastern District of Arkansas, the defendant,

### TYLIAE BROWN,

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Government of the United States, namely, the Department of Justice, by claiming on an Online Claim Form that $7,303 in U.S. Currency located by Drug Enforcement Administration agents during a search of her residence at 9 Farrah Lane in Little Rock, Arkansas, was money saved from gifts to her minor daughter. The statement was false because, as TYLIAE BROWN then and there knew, the $7,303 in U.S. Currency represented proceeds from drug trafficking.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, or 5 of this Indictment, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
STACY HOLLY,
CORDERA JEROMY CALDWELL, "aka MONK,"

and
JASON OLIVER,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all

property constituting, or derived from, any proceeds the person obtained, directly or indirectly,

as a result of the offense, including, but not limited to, the following specific property:

1.    $7,303.00 in United States Currency;

2.    a gold, Rolex watch; and

3.    a white, 2019 Dodge RAM 1500, VIN # 1C6SRFLT7KN528316, Arkansas
      License # 631XZY.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1, 2, or 5 of this Indictment, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
STACY HOLLY,
CORDERA JEROMY CALDWELL, "aka MONK,"
and
JASON OLIVER,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the

person's property, real or personal, used or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the offense, including, but not limited to the following

specific property: real property located at 9024 Victoria Drive, Little Rock, Arkansas, otherwise

known as Shaywood, Lot 9, parcel 45L0270001000.

## FORFEITURE ALLEGATION 3

Upon conviction of Counts 1 through 24 of this Indictment, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
STACY HOLLY,
HOLLY STEVENS
CORDERA JEROMY CALDWELL, "aka MONK,"
and
JASON OLIVER,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 4

Upon conviction of Counts 7 or 8 of this Indictment, the defendants,

MACK DECONILE SMITH
and
HOLLY STEVENS,

shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to the following specific property: 7.65 acres of real property located in Bryant, Arkansas, otherwise known as Sage Creek Lots, parcel 840-13714-000, with all appurtenances, improvements, and attachments thereon.

## FORFEITURE ALLEGATION 5

Upon conviction of one or more crimes alleged in Counts 9 through 22 of this Indictment, the defendants,

MACK DECONILE SMITH,
TYLIAE BROWN,
and
STACY HOLLY,

shall forfeit to the United States, under Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense, and all property that is traceable to the property involved in the offense, including, but not limited to the following specific property:

1.  7.65 acres of real property located in Bryant, Arkansas, otherwise known as Sage Creek Lots, parcel 840-13714-000, with all appurtenances, improvements, and attachments thereon; and

2.  real property located at 9024 Victoria Drive, Little Rock, Arkansas, otherwise known as Shaywood, Lot 9, parcel 45L0270001000.

☐    NO TRUE BILL.          ☑    TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By LAUREN ELDRIDGE
Bar Number 2014230
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Lauren.Eldridge@usdoj.gov